IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2262-JLK**

**RENEE ATWELL**,

        Plaintiff,

v.

**PATRICIA GABOW, in her official capacity as CEO of Denver Health, and in her individual capacity, and
DENVER HEALTH,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to File First Amended Complaint (doc. #10), filed February 13, 2007, is GRANTED. The First Amended Complaint is accepted as filed. Defendant's Motion to Dismiss (doc. #5), is denied as moot. Defendant's answer or other responsive pleading shall be directed to the First Amended Complaint.

Dated:  February 16, 2007