IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2262-JLK**

**RENEE ATWELL**,

        Plaintiff,

v.

**PATRICIA GABOW, in her official capacity as CEO of Denver Health, and in her individual capacity, and**
**DENVER HEALTH,**

        Defendants.

## ORDER

Kane, J.

      This matter is before the court on Attorney Anne T. Sulton's Motion for Recusal (doc. #32), filed June 29, 2007. Upon a thorough review of Plaintiff's motion for remand and careful consideration of my duties under 28 U.S.C. § 455(a), the motion is DENIED. Defendants' response to Plaintiffs motion provides a concise statement of the grounds for the denial. Defendants' request for attorney fees incurred in responding to that motion is denied without prejudice to renew at the close of the case.

      Dated this 27th day of July, 2007.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      Senior Judge, United States District Court