UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 9 2007

GREGORY C. LANGHAM
CLERK

In re: RENEE ATWELL; VIVIAN
BRADLEY; TERRY LEE; YVETTE
MARTINEZ HOCHBERG; ANNE T.
SULTON,

Petitioners.

No. 07-1312
(D.C. No. 06-cv-2262-JLK-MJW)

ORDER

Filed August 9, 2007

Before **BRISCOE**, **EBEL** and **LUCERO**, Circuit Judges.


This is an original proceeding in the nature of mandamus.  Petitioners

(plaintiffs in the district court and one of their attorneys) request that this court

(1) vacate the district court's order requiring counsel to produce publicly their

notes of interviews with clients and/or potential clients or class members, and

(2) order the recusal of the district court judge.

Upon consideration of petitioners' filing, the panel has determined that a

response would aid its decision.  Defendants Denver Health and Patricia Gabow

are directed to respond to the petition, and the district court is invited to respond,

if it desires to do so.  Such response(s) shall be filed within thirty days of the date

of this order and served on petitioners.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By:

Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk


August 9, 2007


NOTIFICATION OF MAILING


Re:     07-1312, In re:  Atwell
        Dist/Ag docket:  06-cv-2262-JLK-MJW


A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:


Ms. Anne Thomas Sulton
P.O. Box 2763
Olympia, WA 98507


Mr. Gregory A. Hall
303 E. 17th Ave.
Suite 700 P.O. Box 202922
Denver, CO 80220-2922


Mr. Brent T. Johnson
Fairfield & Woods
1700 Lincoln Street
Suite 2400, One United Bank Center
Denver, CO 80203


Honorable John L. Kane, Jr.
Sr. District Judge
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589


Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

DEPUTY CLERK