IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02262-JLK** (consolidated with 07-cv-2063)

**RENEE ATWELL,**
**VIVIAN BRADLEY,**
**TERRY LEE,** and
**YVETTE MARTINEZ HOCHBERG,**

       Plaintiffs,

v.

**PATRICIA GABOW, in her official capacity as CEO of Denver Health, and in her individual capacity, and**
**DENVER HEALTH,**

       Defendants.

---

## ORDER
---

Kane, J.

These putative employment discrimination class actions are before me on separate motions to dismiss filed by Denver Health and the individual Denver Health officials and employees named as Defendants in both. Having reviewed these motions, the attendant briefs and the legal authorities cited therein, I conclude principles of fairness and efficiency will best be served by addressing Plaintiffs' class allegations first and before any consideration of Defendants' arguments regarding the merits of each representative Plaintiff's individual claims for relief. Accordingly, I ORDER these cases set for argument on the question of whether Plaintiffs' class allegations in *both* actions should be stricken as failing to support articulable basis for proceeding as a class action under Fed. R. Civ. P. 23, and particularly Fed. R. Civ. P. Rule 23(b)(2) or (3). In addition, I will consider whether to impose sanctions against Plaintiffs' counsel under Rule 11(c) for filing the Amended Complaint in 06-cv-2262 in contravention of

applicable law and in violation of the standards set forth in Rule 11(b)(1)-(4) for signing pleadings and the representations implicit in doing so.

Argument is set for **January 10, 2008 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  December 5, 2007                               **s/John L. Kane**
                                                       SENIOR U.S. DISTRICT JUDGE