# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-2262-JLK (consolidated with Civil Action No. 07-CV-2063-JLK)

RENEE ATWELL,
VIVIAN BRADLEY,
TERRY LEE, and
YVETTE MARTINEZ HOCHBERG

    Plaintiffs,

v.

PATRICIA GABOW, in her individual capacity and in her official capacity as Chief Executive Officer and Medical Director of Denver Health and Hospital Authority, and
DENVER HEALTH AND HOSPITAL AUTHORITY

    Defendants

---

Civil Action No. 07-cv-2063-JLK

ODIN GOMEZ,
MEKELA RIDGEWAY,
CATHIE GORDON, and
KATIE MOORE

    Plaintiffs,

v.

PATRICIA GABOW, in her individual capacity and in her official capacity as Chief Executive Officer and Medical Director of Denver Health and Hospital Authority,
GREG ROSSMAN, in his individual capacity and in his official capacity as Chief Human Resources Officer of Denver Health and Hospital Authority,
WENDY ALEXANDER, in her individual capacity and in her official capacity as Human Resources Director of Denver Health and Hospital Authority, and
DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendants.

---

**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT
PURSUANT TO F.R.C.P. 54(b) AND DIRECTING ENTRY OF JUDGMENT**

Upon joint motion of all parties filed on April 11, 2008 (Doc. 84), requesting entry of final judgment as to certain claims pursuant to F.R.C.P. 54(b) and for the reasons stated therein, the Court hereby determines that there is no just reason for delay and therefore directs that final judgment enter in these consolidated cases pursuant to F.R.C.P. 54(b) as follows:

1.  Dismissing with prejudice all claims of Plaintiffs Vivian Bradley, Terry Lee, Yvette Martinez Hochberg in 06-cv-2262-JLK and all claims of Odin Gomez, Mekela Ridgeway, Cathie Gordon, and Katie Moore in 07-cv-2063-JLK, as provided by the Court's Order dated March 31, 2008 (Doc. 76);

2.  Dismissing with prejudice the claims of Plaintiff Renee Atwell in 06-cv-2262-JLK that were alleged under 42 U.S.C. §§ 1981 and 1983 and under C.R.S. §25-29-107, as provided by the Court's Order dated March 31, 2008;

3.  Dismissing with prejudice in 06-cv-2262-JLK and 07-cv-2063-JLK all claims against Defendants Patricia Gabow, Greg Rossman, and Wendy Alexander, in both their individual and official capacities, as provided by the Court's Order dated March 31, 2008; and

4.  Denying Plaintiffs' joint motion for certification of a single class action, as provided in the Court's Order dated February 28, 2008 (Doc. 74).

Dated April 16, 2008.                                   **s/John L. Kane**
                                                        SENIOR U.S. DISTRICT JUDGE