IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02262-CMA-MJW

RENEE ATWELL,

Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Protective Order and for Stay of All Proceedings and Certificate of Compliance with Local Rule D.C.COLO.LCivR 7.1 (A) (docket no. 104) is **DENIED.**

It is **FURTHER ORDERED** that Defendant's Motion to Compel Discovery (docket no. 106) is **GRANTED.**

Dr. T. Kevin Hetherington, D.O., who is Plaintiff's primary care physician, does not state in his letter dated 9-19-08 that Plaintiff cannot be deposed. Instead, Dr. Hetherington says in his letter ...."that she is currently unable to stand or sit for prolonged periods of time due to ongoing back and neck pain." *See* exhibit B attached to Defendant's response (docket no. 105). Accordingly, it is **FURTHER ORDERED:**

1. That the parties shall forthwith meet and confer and set Plaintiff's deposition. The deposition may have to take place over a period of days since Plaintiff may only be able to be deposed two or three hours at a time;

2. That Plaintiff shall fully respond to Defendant's interrogatories 2 and 12 and sign her responses to the same under oath on or before December 2, 2008;

3. That Plaintiff shall produce all documents responsive to Defendant's Request for Production of Documents 4 and 11-15, inclusive, including providing a signed medical records release for all of her medical records subsequent to December 1, 2002, on or before December 2, 2008;

4. That Defendant shall have 20 days after Plaintiff complies with the MINUTE ORDER to subpoena records from Plaintiff's health care providers and/or take the depositions of such health care providers;

5. That the deadline for filing of dispositive and *Daubert/Kumho* motions shall be extended to 30 days after the completion of Plaintiff's deposition;

6. That discovery is extended until January 16, 2009, to complete the above mentioned discovery only;

7. That each party shall pay their own attorney fees and costs for this motion.

Date: November 18, 2008