IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02262-CMA-MJW

RENEE ATWELL,

Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that Plaintiff's Request for Reconsideration of Her Motion for a Protective Order and for Stay of All Proceedings (Docket No. 117) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(A) (Duty to Confer). In addition, if plaintiff seeks to file anything under seal, she must comply with D.C.COLO.LCivR 7.2.

Date: November 20, 2008