IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02262-CMA-MJW

RENEE ATWELL,

Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Reconsideration of Her Motion for Protective Order and to Stay All Proceedings and Certification of Compliance with D.C.COLO.LCivR 7.1(A) (docket no. 120) is DENIED.  This court finds no basis in law or fact to reconsider this court's Order dated November 18, 2008 (docket no. 116). Plaintiff shall comply with this court's Order dated November 18, 2008 (docket no. 116). Failure to comply with this Order (docket no. 116) may result in sanctions by the court.

Date:  December 18, 2008